USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1 /26/09_

**BRIDGE OIL LTD.**

- against -

**EMERALD REEFER LINES, LLC AND EMERALD REEFER LINES LTD.**

## ENDORSEMENT

### 06 Civ. 14226 (RLC)

On October 27, 2008, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter. This action was brought on December 7, 2006, by Bridge Oil Ltd. as a breach of contract claim against Defendants Emerald Reefer Lines, LLC and Emerald Reefer Lines Ltd. (together, "Defendants"). The court ordered the Clerk to issue process of maritime attachment and garnishment against Defendants. Garnishee Standard Chartered Bank restrained and sequestered an electronic funds transfer originating in the name of Defendant Emerald Reefer Lines Ltd. in the amount of $35,818.88 on December 12, 2007. Defendants did not respond to the Local Rule B.2 Notice of Attachment or the Amended Verified Complaint. Defendants' time to answer the Amended Verified Complaint has expired.

The Report and Recommendation issued by Magistrate Judge Ellis recommends that judgment be entered against Defendants, in favor of Plaintiff, in the amount of $35,818.88, inclusive of costs and interest, and without prejudice to Plaintiff's rights to seek to recover the deficiency between $35,818.88 and a default judgment obtained in London, England, in the amount of $2,155,517.17 plus costs to be assessed.

Defendants have failed to file any objection to the Report and Recommendation, and, for that reason alone, have waived any right to review by this court.[1] Accordingly, the court hereby adopts the Report and Recommendation in its entirety for the reasons herein.

**IT IS SO ORDERED.**

DATED:     New York, New York
             January 26, 2009

**ROBERT L. CARTER**
**U.S.D.J.**

---

[1] See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000).